Attorney No. 37735

File No.: J3672

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**MICHAEL HERRING,**
**Plaintiff,**
**v.**
**ASSOCIATED MARINE INSTITUTES, INC., a Florida Not For Profit Corporation, individually and d/b/a INFINITY SCHOOLS OF CHICAGO, NFP an Illinois Not For Profit Corporation a/k/a INFINITY SCHOOLS, INC., a Florida Not For Profit Corporation, INFINITY SCHOOLS OF CHICAGO, NFP an Illinois Not For Profit Corporation aka INFINITY SCHOOLS, INC., a Florida Not For Profit Corporation,**
**Defendants.**

**Court No. 07-CV-1653**

**Magistrate Judge Shenkier**

**ORDER**

THIS cause coming before this Honorable Court on the Plaintiff's Motion to Dismiss, the Court being fully informed in the premises, IT IS HEREBY ORDERED:

1. That this cause is hereby settled and dismissed with prejudice, pursuant to the terms of the settlement agreement, each party to bear its own costs and attorneys fees.

Judge

Dec. 5, 2007
Date

James A. Karamanis
Zane D. Smith & Associates
415 N. LaSalle St
Suite 300
Chicago, IL 60610
(312) 245-0031
(312) 245-0022 Fax